**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

AXONICS, INC.,

     Plaintiff,

     v.

LAKEWOOD RANCH
SURGICAL SUITES, LLC

     Defendant.

_____/

Case No. _____

## **COMPLAINT**

Plaintiff, AXONICS, INC, a foreign corporation ("Axonics" or "Plaintiff") by and through its counsel, sues LAKEWOOD RANCH SURGICAL SUITES, LLC, a Florida limited-liability company ("Lakewood" or "Defendant"), and in support, alleges as follows:

### **Introduction**

1. This is an action for damages in excess of $500,000, exclusive of interest, and is within the diversity jurisdiction of this Court.

2. This cause of action arises from the breach of the terms and conditions of several purchase orders, with sales prices totaling $516,124.07, pursuant to which Axonics sold medical products to Lakewood, from July 2023 through November 2023. The amount due relates to products that have been implanted in patients and, upon information and belief, for which Lakewood has been reimbursed by Medicare and other insurance providers.

3.     Lakewood has not paid the $516,124.07 owed to Axonics, and the amount owed is now several months past due.

<u>Parties</u>

4.     At all times material hereto, Axonics was and is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in California.

5.     Axonics, founded in 2013, is a pioneering innovator of sacral neuromodulation ("SNM") products that can restore normal control of the bladder and bowel to patients suffering from urinary or fecal incontinence. Axonics is one of only two manufacturers of SNM products. SNM implantable products provide gentle stimulation to the sacral nerves that communicate between the brain and the bladder and bowel. That stimulation helps restore normal communication between the brain and the bladder and bowel, which can result in symptom improvement.

6.     Axonics' SNM products include an implantable device called an implantable pulse generator and a "lead," which is four wires coiled into one cable, that is placed near the sacral nerve and delivers electrical pulses through electrodes located near the end of the lead. The implant is placed in a patient through a minimally invasive surgical procedure. Axonics sells an external patient remote control that enables the patient to control the treatment. Axonics also sells a clinician programmer for physicians to program the implantable pulse generator, surgical tools for implantation, and an external pulse generator to test the treatment before an implantation procedure. The SNM System that Axonics sells includes an external

2

patient remote control that enables the patient to control the treatment as well as the implantable pulse generator and surgical tools for implantation. In addition, Axontics sells an external pulse generator and a set of temporary leads to confirm that the treatment will be effective (as per insurance requirements) before an implantation procedure.

7.      At all times material hereto, Lakewood, was and is a limited-liability company, organized and existing under the laws of the State of Florida, and with its principal place of business in Florida.

8.      Upon information and belief, all members of Lakewood are full-time residents of the State of Florida, and, therefore, citizens of the State of Florida.

9.      Defendant Lakewood purchased and the Lakewood physicians implanted the Axonics' SNM products into patients, as detailed below.

## Jurisdiction and Venue

10.     Jurisdiction is proper because this case is a civil action where the amount in controversy exceeds the sum or value of $75,000, exclusive interests and costs, and it is between citizens of different States, where the Plaintiff is a citizen of Delaware and California, and Defendant is a citizen of Florida.

11.     Venue is proper in the Middle District of Florida, because Defendant is located in Sarasota County, Florida, and Sarasota County, Florida is the location where Axonics incurred damages as a result of Lakewood failure to pay amounts owed.

## General Allegations

3

12.     The terms and conditions of each purchase order required that Lakewood make payment in full for the goods sold, as reflected in that various purchase order, no later than thirty (30) days from receipt by Lakewood of an invoice for the sale amount, plus shipping.

13.     On or about July 21, 2023, Lakewood signed a purchase order, called a Quote & Order Form, under Purchase Order Number 972.  A true and correct copy of Purchase Order Number 972 is attached hereto as **Exhibit A** and it is incorporated hereinto and made a part of this Complaint.

14.     On or about July 24, 2023, Axonics sent Lakewood an invoice for Purchase Order Number 972, Invoice 2023/F000021617 totaling $4,007.15, which includes tax and the cost of shipping.  A true and correct copy of Invoice 2023/F000021617 is attached hereto as **Exhibit B** and it is incorporated hereinto and made a part of this Complaint.

15.     Pursuant to the terms and conditions attached to the Quote & Order Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000021617 no later than August 23, 2023.

16.     To date, Axonics has received no payment on Invoice 2023/F000021617, and the entire amount is due and owing by Lakewood to Axonics.

17.     On or about July 23, 2023, Lakewood signed a Quote & Order Form, under Purchase Order 1015.  A true and correct copy of Purchase Order Number 1015 is attached hereto as **Exhibit C** and it is incorporated hereinto and made a part

of this Complaint.

18.     On or about July 26, 2023, Axonics sent Lakewood an invoice for Purchase Order Number 1015, Invoice 2023/F000021989 totaling $16,290.00, which includes tax and the cost of shipping. A true and correct copy of Invoice 2023/F000021989 is attached hereto as **Exhibit D** and it is incorporated hereinto and made a part of this Complaint.

19.     Pursuant to the terms and conditions attached to the Quote & Order Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000021989 no later than August 25, 2023.

20.     To date, Axonics has received no payment on Invoice 2023/F000021989, and the entire amount is due and owing by Lakewood to Axonics.

21.     On or about July 28, 2023, Lakewood signed a Quote & Order Form, under Purchase Order Number 1037.  A true and correct copy of Purchase Order Number 1037 is attached hereto as **Exhibit E** and it is incorporated hereinto and made a part of this Complaint.

22.     On or about August 1, 2023, Axonics sent Lakewood an invoice for Purchase Order Number 1037, Invoice 2023/F000022526 totaling $16,835.00, which includes tax and the cost of shipping. A true and correct copy of Invoice 2023/F000022526 is attached hereto as **Exhibit F** and it is incorporated hereinto and made a part of this Complaint.

23.     Pursuant to the terms and conditions attached to the Quote & Order

5

Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000022526 no later than August 31, 2023.

24.     To date, Axonics has received no payment on Invoice 2023/F000022526, and the entire amount is due and owing by Lakewood to Axonics.

25.     On or about August 3, 2023, Lakewood signed a Quote & Order Form, under Purchase Order Number 1050.  A true and correct copy of Purchase Order Number 1050 is attached hereto as **Exhibit G** and it is incorporated hereinto and made a part of this Complaint.

26.     On or about August 4, 2023, Axonics sent Lakewood an invoice for Purchase Order Number 1050, Invoice 2023/F000023084 totaling $85,630.00, which includes tax and the cost of shipping. A true and correct copy of Invoice 2023/F000023084 is attached hereto as **Exhibit H** and it is incorporated hereinto and made a part of this Complaint.

27.     Pursuant to the terms and conditions attached to the Quote & Order Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000023084 no later than September 3, 2023.

28.     To date, Axonics has received no payment on Invoice 2023/F000023084, and the entire amount is due and owing by Lakewood to Axonics.

29.     On or about August 11, 2023, Lakewood signed a Quote & Order Form, under Purchase Order Number 1051.  A true and correct copy of Purchase

Order Number 1051 is attached hereto as **Exhibit I** and it is incorporated hereinto and made a part of this Complaint.

30.     On or about August 14, 2023, Axonics sent Lakewood an invoice for Purchase Order 1051, Invoice 2023/F000024080 totaling $5,825.00, which includes tax and the cost of shipping. A true and correct copy of Invoice 2023/F000024080 is attached hereto as **Exhibit J** and it is incorporated hereinto and made a part of this Complaint.

31.     Pursuant to the terms and conditions attached to the Quote & Order Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000024080 no later than September 13, 2023.

32.     To date, Axonics has received no payment on Invoice 2023/F000024080, and the entire amount is due and owing by Lakewood to Axonics.

33.     On or about August 18, 2023, Lakewood signed a Quote & Order Form, under Purchase Order Number 1089.  A true and correct copy of Purchase Order Number 1089 is attached hereto as **Exhibit K** and it is incorporated hereinto and made a part of this Complaint.

34.     On or about August 21, 2023, Axonics sent Lakewood an invoice for Purchase Order Number 1089, Invoice 2023/F000024947 totaling $121.00, which includes tax and the cost of shipping. A true and correct copy of Invoice 2023/F000024947 is attached hereto as **Exhibit L** and it is incorporated hereinto and

**GORDON & REES SCULLY MANSUKHANI**
100 SE Second Street ▪ Suite 3900 ▪ Miami, FL 33131

made a part of this Complaint.

35.    Pursuant to the terms and conditions attached to the Quote & Order Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000024947 no later than September 20, 2023.

36.    To date, Axonics has received no payment on Invoice 2023/F000024947, and the entire amount is due and owing by Lakewood to Axonics.

37.    On or about September 4, 2023, Lakewood signed a Quote & Order Form, under Purchase Order Number 1123.  A true and correct copy of Purchase Order Number 1123 is attached hereto as **Exhibit M** and it is incorporated hereinto and made a part of this Complaint.

38.    On or about September 6, 2023, Axonics sent Lakewood an invoice for Purchase Order Number 1123, Invoice 2023/F000026659 totaling $18,771.92, which includes tax and the cost of shipping. A true and correct copy of Invoice 2023/F000026659 is attached hereto as **Exhibit N** and it is incorporated hereinto and made a part of this Complaint.

39.    Pursuant to the terms and conditions attached to the Quote & Order Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000026659 no later than October 6, 2023.

40.    To date, Axonics has received no payment on Invoice 2023/F000026659, and the entire amount is due and owing by Lakewood to Axonics.

41.     On or about September 7, 2023, Lakewood signed a Quote & Order Form, under Purchase Order Number 1093.  A true and correct copy of Purchase Order Number 1093 is attached hereto as **Exhibit O** and it is incorporated hereinto and made a part of this Complaint.

42.     On or about September 8, 2023, Axonics sent Lakewood an invoice for Purchase Order 1093, Invoice 2023/F000027148 totaling $11,650.00, which includes tax and the cost of shipping. A true and correct copy Invoice 2023/F000027148 is attached hereto as **Exhibit P** and it is incorporated hereinto and made a part of this Complaint.

43.     Pursuant to the terms and conditions attached to the Quote & Order Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000027148 no later than October 8, 2023.

44.     To date, Axonics has received no payment on Invoice 2023/F000027148, and the entire amount is due and owing by Lakewood to Axonics.

45.     On or about September 8, 2023, Lakewood signed a Quote & Order Form, under Purchase Order 1125.  A true and correct copy of Purchase Order Number 1125 is attached hereto as **Exhibit Q** and it is incorporated hereinto and made a part of this Complaint.

46.     On or about September 11, 2023, Axonics sent Lakewood an invoice for Purchase Order Number 1125, Invoice 2023/F000027321 totaling $16,290.00, which includes tax and the cost of shipping. A true and correct copy of Invoice

9

2023/F000027321 is attached hereto as **Exhibit R** and it is incorporated hereinto and made a part of this Complaint.

47. Pursuant to the terms and conditions attached to the Quote & Order Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000027321 no later than October 11, 2023.

48. To date, Axonics has received no payment on Invoice 2023/F000027321, and the entire amount is due and owing by Lakewood to Axonics.

49. On or about September 8, 2023, Lakewood signed a Quote & Order Form, under Purchase Order 1126.  A true and correct copy of Purchase Order Number 1126 is attached hereto as **Exhibit S** and it is incorporated hereinto and made a part of this Complaint.

50. On or about September 11, 2023, Axonics sent Lakewood an invoice for Purchase Order Number 1126, Invoice 2023/F000027322 totaling $16,290.00, which includes tax and the cost of shipping. A true and correct copy of Invoice 2023/F000027322 is attached hereto as **Exhibit T** and it is incorporated hereinto and made a part of this Complaint.

51. Pursuant to the terms and conditions attached to the Quote & Order Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000027322 no later than October 11, 2023.

52. To date, Axonics has received no payment on Invoice 2023/F000027322, and the entire amount is due and owing by Lakewood to

Axonics.

53.     On or about September 8, 2023, Lakewood signed a Quote & Order Form, under Purchase Order Number 1127.  A true and correct copy of Purchase Order Number 1127 is attached hereto as **Exhibit U** and it is incorporated hereinto and made a part of this Complaint.

54.     On or about September 11, 2023, Axonics sent Lakewood an invoice for Purchase Order 1127 Number, Invoice 2023/F000027323 totaling $16,290.00, which includes tax and the cost of shipping. A true and correct copy of Invoice 2023/F000027323 is attached hereto as **Exhibit V** and it is incorporated hereinto and made a part of this Complaint.

55.     Pursuant to the terms and conditions attached to the Quote & Order Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000027323 no later than October 11, 2023.

56.     To date, Axonics has received no payment on Invoice 2023/F000027323, and the entire amount is due and owing by Lakewood to Axonics.

57.     On or about September 11, 2023, Lakewood signed a Quote & Order Form, under Purchase Order Number 1128.  A true and correct copy of Purchase Order Number 1128 is attached hereto as **Exhibit W** and it is incorporated hereinto and made a part of this Complaint.

58.     On or about September 13, 2023, Axonics sent Lakewood an invoice for Purchase Order Number 1128, Invoice 2023/F000027556 totaling $16,290.00,

GORDON & REES SCULLY MANSUKHANI
100 SE Second Street ▪ Suite 3900 ▪ Miami, FL 33131

which includes tax and the cost of shipping. A true and correct copy of Invoice 2023/F000027556 is attached hereto as **Exhibit X** and it is incorporated hereinto and made a part of this Complaint.

59.     Pursuant to the terms and conditions attached to the Quote & Order Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000027556 no later than October 13, 2023.

60.     To date, Axonics has received no payment on Invoice 2023/F000027556, and the entire amount is due and owing by Lakewood to Axonics.

61.     On or about September 15, 2023, Lakewood signed a Quote & Order Form, under Purchase Order Number LRSS091523.  A true and correct copy of Purchase Order LRSS091523 is attached hereto as **Exhibit Y** and it is incorporated hereinto and made a part of this Complaint.

62.     On or about September 18, 2023, Axonics sent Lakewood an invoice for Purchase Order Number LRSS091523, Invoice 2023/F000028076 totaling $48,870.00, which includes tax and the cost of shipping. A true and correct copy of Invoice 2023/F000028076 is attached hereto as **Exhibit Z** and it is incorporated hereinto and made a part of this Complaint.

63.     Pursuant to the terms and conditions attached to the Quote & Order Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000028076 no later than October 18, 2023.

64.     To date, Axonics has received no payment on Invoice

2023/F000028076, and the entire amount is due and owing by Lakewood to Axonics.

65.    On or about September 7, 2023, Lakewood signed a Quote & Order Form, under Purchase Order Number 1094.  A true and correct copy of Purchase Order Number 1094 is attached hereto as **Exhibit AA** and it is incorporated hereinto and made a part of this Complaint.

66.    On or about October 2, 2023, Axonics sent Lakewood an invoice for Purchase Order 1094, Invoice 2023/F000030151 totaling $1,525.00, which includes tax and the cost of shipping. A true and correct copy of Invoice 2023/F000030151 is attached hereto as **Exhibit BB** and it is incorporated hereinto and made a part of this Complaint.

67.    Pursuant to the terms and conditions attached to the Quote & Order Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000030151 no later than November 1, 2023.

68.    To date, Axonics has received no payment on Invoice 2023/F000030151, and the entire amount is due and owing by Lakewood to Axonics.

69.    On or about October 2, 2023, Lakewood signed a Quote & Order Form, under Purchase Order Number 1155.  A true and correct copy of Purchase Order Number 1155 is attached hereto as **Exhibit CC** and it is incorporated hereinto and made a part of this Complaint.

70.    On or about October 3, 2023, Axonics sent Lakewood an invoice for

GORDON & REES SCULLY MANSUKHANI
100 SE Second Street ▪ Suite 3900 ▪ Miami, FL 33131

Purchase Order Number 1155, Invoice 2023/F000030222 totaling $33,670.00, which includes tax and the cost of shipping. A true and correct copy of the Invoice 2023/F000030222 is attached hereto as **Exhibit DD** and it is incorporated hereinto and made a part of this Complaint.

71.     Pursuant to the terms and conditions attached to the Quote & Order Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000030222 no later than November 2, 2023.

72.     To date, Axonics has received no payment on Invoice 2023/F000030222, and the entire amount is due and owing by Lakewood to Axonics.

73.     On or about October 10, 2023, Lakewood signed a Quote & Order Form, under Purchase Order Number 1154.  A true and correct copy of Purchase Order Number 1154 is attached hereto as **Exhibit EE** and it is incorporated hereinto and made a part of this Complaint.

74.     On or about October 12, 2023, Axonics sent Lakewood an invoice for Purchase Order Number 1154, Invoice 2023/F000031410 totaling $11,650.00, which includes tax and the cost of shipping. A true and correct copy of Invoice 2023/F000031410 is attached hereto as **Exhibit FF** and it is incorporated hereinto and made a part of this Complaint.

75.     Pursuant to the terms and conditions attached to the Quote & Order Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000031410 no later than November 11, 2023.

76.    To date, Axonics has received no payment on Invoice 2023/F000031410, and the entire amount is due and owing by Lakewood to Axonics.

77.    On or about October 13, 2023, Lakewood signed a Quote & Order Form, under Purchase Order Number 1198.  A true and correct copy of Purchase Order Number 1198 is attached hereto as **Exhibit GG** and it is incorporated hereinto and made a part of this Complaint.

78.    On or about October 16, 2023, Axonics sent Lakewood an invoice for Purchase Order Number 1198, Invoice 2023/F000031881 totaling $16,279.00, which includes tax and the cost of shipping. A true and correct copy of Invoice 2023/F000031881 is attached hereto as **Exhibit HH** and it is incorporated hereinto and made a part of this Complaint.

79.    Pursuant to the terms and conditions attached to the Quote & Order Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000031881 no later than November 15, 2023.

80.    To date, Axonics has received no payment on Invoice 2023/F000031881, and the entire amount is due and owing by Lakewood to Axonics.

81.    On or about October 13, 2023, Lakewood signed a Quote & Order Form, under Purchase Order Number 1199.  A true and correct copy of Purchase Order Number 1199 is attached hereto as **Exhibit II** and it is incorporated hereinto and made a part of this Complaint.

**GORDON & REES SCULLY MANSUKHANI**
100 SE Second Street ▪ Suite 3900 ▪ Miami, FL 33131

82.     On or about October 16, 2023, Axonics sent Lakewood an invoice for Purchase Order Number 1199, Invoice 2023/F000031885 totaling $16,279.00, which includes tax and the cost of shipping. A true and correct copy of Invoice 2023/F000031885 is attached hereto as **Exhibit JJ** and it is incorporated hereinto and made a part of this Complaint.

83.     Pursuant to the terms and conditions attached to the Quote & Order Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000031885 no later than November 15, 2023.

84.     To date, Axonics has received no payment on Invoice 2023/F000031885, and the entire amount is due and owing by Lakewood to Axonics.

85.     On or about October 13, 2023, Lakewood signed a Quote & Order Form, under Purchase Order Number 1200.  A true and correct copy of Purchase Order Number 1200 is attached hereto as **Exhibit KK** and it is incorporated hereinto and made a part of this Complaint.

86.     On or about October 16, 2023, Axonics sent Lakewood an invoice for Purchase Order Number 1200, Invoice 2023/F000031887 totaling $1,635.00, which includes tax and the cost of shipping. A true and correct copy of Invoice 2023/F000031887 is attached hereto as **Exhibit LL** and it is incorporated hereinto and made a part of this Complaint.

87.     Pursuant to the terms and conditions attached to Quote & Order Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice

2023/F000031887 no later than November 15, 2023.

88.     To date, Axonics has received no payment on Invoice 2023/F000031887, and the entire amount is due and owing by Lakewood to Axonics.

89.     On or about October 19, 2023, Lakewood signed a Quote & Order Form, under Purchase Order Number 1213.  A true and correct copy of Purchase Order Number 1213 is attached hereto as **Exhibit MM** and it is incorporated hereinto and made a part of this Complaint.

90.     On or about October 23, 2023, Axonics sent Lakewood an invoice for Purchase Order Number 1213, Invoice 2023/F000032749 totaling $545.00, which includes tax and the cost of shipping. A true and correct copy of Invoice 2023/F000032749 is attached hereto as **Exhibit NN** and it is incorporated hereinto and made a part of this Complaint.

91.     Pursuant to the terms and conditions attached to the Quote & Order Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000032749 no later than November 22, 2023.

92.     To date, Axonics has received no payment on Invoice 2023/F000032749, and the entire amount is due and owing by Lakewood to Axonics.

93.     On or about October 19, 2023, Lakewood signed a Quote & Order Form, under Purchase Order Number 1212.  A true and correct copy of Purchase Number Order 1212 is attached hereto as **Exhibit OO** and it is incorporated hereinto

**GORDON & REES SCULLY MANSUKHANI**
100 SE Second Street ▪ Suite 3900 ▪ Miami, FL 33131

and made a part of this Complaint.

94.     On or about October 23, 2023, Axonics sent Lakewood an invoice for Purchase Order Number 1212, Invoice 2023/F000032758 totaling $12,085.00, which includes tax and the cost of shipping. A true and correct copy of Invoice 2023/F000032758 is attached hereto as **Exhibit PP** and it is incorporated hereinto and made a part of this Complaint.

95.     Pursuant to the terms and conditions attached to Quote & Order Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000032758 no later than November 22, 2023.

96.     To date, Axonics has received no payment on Invoice 2023/F000032758, and the entire amount is due and owing by Lakewood to Axonics.

97.     On or about October 19, 2023, Lakewood signed a Quote & Order Form, under Purchase Order Number 1210.  A true and correct copy of Purchase Order Number 1210 is attached hereto as **Exhibit QQ** and it is incorporated hereinto and made a part of this Complaint.

98.     On or about October 23, 2023, Axonics sent Lakewood an invoice for Purchase Order Number 1210, Invoice 2023/F000032763 totaling $245.00, which includes tax and the cost of shipping. A true and correct copy of Invoice 2023/F000032763 is attached hereto as **Exhibit RR** and it is incorporated hereinto and made a part of this Complaint.

**GORDON & REES SCULLY MANSUKHANI**
100 SE Second Street ▪ Suite 3900 ▪ Miami, FL 33131

99.     Pursuant to the terms and conditions attached to the Quote & Order Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000032763 no later than November 22, 2023.

100.    To date, Axonics has received no payment on Invoice 2023/F000032763, and the entire amount is due and owing by Lakewood to Axonics.

101.    On or about October 20, 2023, Lakewood signed a Quote & Order Form, under Purchase Order Number 1215.  A true and correct copy of Purchase Order Number 1215 is attached hereto as **Exhibit SS** and it is incorporated hereinto and made a part of this Complaint.

102.    On or about October 23, 2023, Axonics sent Lakewood an invoice for Purchase Order Number 1215, Invoice 2023/F000032831 totaling $16,319.00, which includes tax and the cost of shipping. A true and correct copy of Invoice 2023/F000032831 is attached hereto as **Exhibit TT** and it is incorporated hereinto and made a part of this Complaint.

103.    Pursuant to the terms and conditions attached to the Quote & Order Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000032831 no later than November 22, 2023.

104.    To date, Axonics has received no payment on Invoice 2023/F000032831, and the entire amount is due and owing by Lakewood to Axonics.

105.    On or about October 20, 2023, Lakewood signed a Quote & Order

19

Form, under Purchase Order Number 1214.  A true and correct copy of Purchase Order Number 1214 is attached hereto as **Exhibit UU** and it is incorporated hereinto and made a part of this Complaint.

106.   On or about October 24, 2023, Axonics sent Lakewood an invoice for Purchase Order Number 1214, Invoice 2023/F000032949 totaling $16,319.00, which includes tax and the cost of shipping. A true and correct copy of Invoice 2023/F000032949 is attached hereto as **Exhibit VV** and it is incorporated hereinto and made a part of this Complaint.

107.   Pursuant to the terms and conditions attached to the Quote & Order Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000032949 no later than November 23, 2023.

108.  To date, Axonics has received no payment on Invoice 2023/F000032949, and the entire amount is due and owing by Lakewood to Axonics.

109.   On or about October 31, 2023, Lakewood signed a Quote & Order Form, under Purchase Order Number 1188.  A true and correct copy of Purchase Order Number 1188 is attached hereto as **Exhibit WW** and it is incorporated hereinto and made a part of this Complaint.

110.   On or about November 1, 2023, Axonics sent Lakewood an invoice for Purchase Order Number 1188, Invoice 2023/F000034004 totaling $11,650.00, which includes tax and the cost of shipping. A true and correct copy of Invoice 2023/F000034004 is attached hereto as **Exhibit XX** and it is incorporated hereinto

and made a part of this Complaint.

111.   Pursuant to the terms and conditions attached to the Quote & Order Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000034004 no later than December 1, 2023.

112.   To date, Axonics has received no payment on Invoice 2023/F000034004, and the entire amount is due and owing by Lakewood to Axonics.

113.   On or about October 31, 2023, Lakewood signed a Quote & Order Form, under Purchase Order Number 1225.  A true and correct copy of Purchase Order Number 1225 is attached hereto as **Exhibit YY** and it is incorporated hereinto and made a part of this Complaint.

114.   On or about November 1, 2023, Axonics sent Lakewood an invoice for Purchase Order Number 1225, Invoice 2023/F000034102 totaling $16,279.00, which includes tax and the cost of shipping. A true and correct copy of Invoice 2023/F000034102 is attached hereto as **Exhibit ZZ** and it is incorporated hereinto and made a part of this Complaint.

115.   Pursuant to the terms and conditions attached to the Quote & Order Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000034102 no later than December 1, 2023.

116.   To date, Axonics has received no payment on Invoice 2023/F000034102, and the entire amount is due and owing by Lakewood to Axonics.

**GORDON & REES SCULLY MANSUKHANI**
100 SE Second Street ▪ Suite 3900 ▪ Miami, FL 33131

117.   On or about October 31, 2023, Lakewood signed a Quote & Order Form, under Purchase Order Number 1226.  A true and correct copy of Purchase Order Number 1226 is attached hereto as **Exhibit AAA** and it is incorporated hereinto and made a part of this Complaint.

118.   On or about November 1, 2023, Axonics sent Lakewood an invoice for Purchase Order Number 1226, Invoice 2023/F000034104 totaling $545.00, which includes tax and the cost of shipping. A true and correct copy of Invoice 2023/F000034104 is attached hereto as **Exhibit BBB** and it is incorporated hereinto and made a part of this Complaint.

119.   Pursuant to the terms and conditions attached to the Quote & Order Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000034104 no later than December 1, 2023.

120.   To date, Axonics has received no payment on Invoice 2023/F000034104, and the entire amount is due and owing by Lakewood to Axonics.

121.   On or about November 7, 2023, Lakewood signed a Quote & Order Form, under Purchase Order Number 1228.  A true and correct copy of Purchase Order Number 1228 is attached hereto as **Exhibit CCC** and it is incorporated hereinto and made a part of this Complaint.

122.   On or about November 10, 2023, Axonics sent Lakewood an invoice for Purchase Order Number 1228, Invoice 2023/F000035388 totaling $559.00, which includes tax and the cost of shipping. A true and correct copy of Invoice

2023/F000035388 is attached hereto as **Exhibit DDD** and it is incorporated hereinto and made a part of this Complaint.

123.   Pursuant to the terms and conditions attached to the Quote & Order Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000035388 no later than December 10, 2023.

124.   To date, Axonics has received no payment on Invoice 2023/F000035388, and the entire amount is due and owing by Lakewood to Axonics.

125.   On or about November 10, 2023, Lakewood signed a Quote & Order Form, under Purchase Order Number 1230.  A true and correct copy of Purchase Order Number 1230 is attached hereto as **Exhibit EEE** and it is incorporated hereinto and made a part of this Complaint.

126.   On or about November 13, 2023, Axonics sent Lakewood an invoice for Purchase Order Number 1230, Invoice 2023/F000035495 totaling $5,825.00, which includes tax and the cost of shipping. A true and correct copy of Invoice 2023/F000035495 is attached hereto as **Exhibit FFF** and it is incorporated hereinto and made a part of this Complaint.

127.   Pursuant to the terms and conditions attached to the Quote & Order Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000035495 no later than December 13, 2023.

128.   To date, Axonics has received no payment on Invoice 2023/F000035495, and the entire amount is due and owing by Lakewood to

Axonics.

129.   On or about November 16, 2023, Lakewood signed a Quote & Order Form, under Purchase Order Number LRSS111623-1.   A true and correct copy of Purchase Order Number LRSS111623-1 is attached hereto as **Exhibit GGG** and it is incorporated hereinto and made a part of this Complaint.

130.   On or about November 17, 2023, Axonics sent Lakewood an invoice for Purchase Order Number LRSS111623-1, Invoice 2023/F000036308 totaling $16,319.00, which includes tax and the cost of shipping. A true and correct copy of Invoice 2023/F000036308 is attached hereto as **Exhibit HHH** and it is incorporated hereinto and made a part of this Complaint.

131.   Pursuant to the terms and conditions attached to the Quote & Order Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000036308, no later than December 17, 2023.

132.   To date, Axonics has received no payment on Invoice 2023/F000036308, and the entire amount is due and owing by Lakewood to Axonics.

133.   On or about November 16, 2023, Lakewood signed a Quote & Order Form, under Purchase Order Number LRSS111623-2.   A true and correct copy of Purchase Order Number LRSS111623-2 is attached hereto as **Exhibit III** and it is incorporated hereinto and made a part of this Complaint.

134.   On or about November 17, 2023, Axonics sent Lakewood an invoice for Purchase Order Number LRSS111623-2, Invoice 2023/F000036309 totaling

$16,319.00, which includes tax and the cost of shipping. A true and correct copy of Invoice 2023/F000036309 is attached hereto as **Exhibit JJJ** and it is incorporated hereinto and made a part of this Complaint.

135.    Pursuant to the terms and conditions attached to the Quote & Order Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000036309, no later than December 17, 2023.

136.    To date, Axonics has received no payment on Invoice 2023/F000036309, and the entire amount is due and owing by Lakewood to Axonics.

137.    On or about November 16, 2023, Lakewood signed a Quote & Order Form, under Purchase Order Number LRSS111623-3.  A true and correct copy of Purchase Order Number LRSS111623-3 is attached hereto as **Exhibit KKK** and it is incorporated hereinto and made a part of this Complaint.

138.    On or about November 17, 2023, Axonics sent Lakewood an invoice for Purchase Order Number LRSS111623-3, Invoice 2023/F000036310 totaling $16,319.00, which includes tax and the cost of shipping. A true and correct copy of Invoice 2023/F000036310 is attached hereto as **Exhibit LLL** and it is incorporated hereinto and made a part of this Complaint.

139.    Pursuant to the terms and conditions attached to the Quote & Order Form accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000036310, no later than December 17, 2023.

140.    To date, Axonics has received no payment on Invoice

**GORDON & REES SCULLY MANSUKHANI**
100 SE Second Street ▪ Suite 3900 ▪ Miami, FL 33131

2023/F000036310, and the entire amount is due and owing by Lakewood to Axonics.

141.   On or about November 16, 2023, Lakewood signed a Quote & Order Form, under Purchase Order Number LRSS111623-4.  A true and correct copy of Purchase Order Number LRSS111623-4 is attached hereto as **Exhibit MMM** and it is incorporated hereinto and made a part of this Complaint.

142.   On or about November 17, 2023, Axonics sent Lakewood an invoice for Purchase Order Number LRSS111623-4, Invoice 2023/F000036312 totaling $16,319.00, which includes the cost of shipping. A true and correct copy of Invoice 2023/F000036312 is attached hereto as **Exhibit NNN** and it is incorporated hereinto and made a part of this Complaint.

143.   Pursuant to the terms and conditions attached to the Quote & Order Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000036312, no later than December 17, 2023.

144.   To date, Axonics has received no payment on Invoice 2023/F000036312, and the entire amount is due and owing by Lakewood to Axonics.

145.   On or about November 29, 2023, Lakewood signed a Quote & Order Form, under Purchase Order Number 1239.  A true and correct copy of Purchase Order Number 1239 is attached hereto as **Exhibit OOO** and it is incorporated hereinto and made a part of this Complaint.

146.   On or about November 30, 2023, Axonics sent Lakewood an invoice

**GORDON & REES SCULLY MANSUKHANI**
100 SE Second Street ▪ Suite 3900 ▪ Miami, FL 33131

for Purchase Order Number 1239, Invoice 2023/F000037750 totaling $16,279.00, which includes the cost of shipping. A true and correct copy of Invoice 2023/F000037750 is attached hereto as **Exhibit PPP** and it is incorporated hereinto and made a part of this Complaint.

147.    Pursuant to the terms and conditions attached to Quote & Order Form and accepted by Lakewood, Lakewood was to pay the amount of Invoice 2023/F000037750, no later than December 30, 2023.

148.    To date, Axonics has received no payment on Invoice 2023/F000037750, and the entire amount is due and owing by Lakewood to Axonics.

149.    Axonics, Inc. has complied with all of its obligations under the various Purchase Orders described above, and attached hereto, and has delivered to Lakewood all goods and products set forth in the Purchase Orders.

150.    Pursuant to the terms and conditions attached to each of the various Purchase Orders described above, and attached hereto, any payment due and unpaid within the thirty (30) day payment term accrues interest at the rate of one and one-half percent (1.5%) per month on the unpaid balance past due.

151.    Lakewood's failure to make required payments under the various Purchase Orders described above, and attached hereto, constitutes a breach of the various contracts between Axonics and Lakewood.

152.    An outstanding balance of $516,124.07, plus interest, is due and owing from Lakewood to Axonics.

GORDON & REES SCULLY MANSUKHANI
100 SE Second Street ▪ Suite 3900 ▪ Miami, FL 33131

153.   Upon information and belief, Lakewood has received payment (reimbursement) from third parties, including private insurance companies and Medicare, for the services and products provided by Lakewood using the products it purchased from Axionics, pursuant to the various purchase orders detailed above.

154.   All conditions precedent to the filing of this action have occurred, been undertaken, or have otherwise been waived.

## FIRST CAUSE OF ACTION
### Breach of Contract

155.   Plaintiff repeats and reaffirms the allegations set forth in the above General Allegations, in Paragraphs 1 through 154, as if set forth more fully herein.

156.   Plaintiff and Defendant entered into a series of contracts each time Defendant accepted and authorized the Purchase Orders, as set forth above and attached hereto.

157.   Defendant has breached each of the contracts by failing and refusing to pay Plaintiff the outstanding balance due under each of the contracts.

158.   As a result of the breach by Defendant, Plaintiff has suffered and continues to suffer damages.

159.   There is now due and owing by Defendant to Plaintiff, the amount of $516,124.07, plus interest.

## SECOND CAUSE OF ACTION
### Unjust Enrichment

160.   Plaintiff repeats and reaffirms the allegations set forth in the above General Allegations, Paragraphs 1 through 154, as if set forth more fully herein.

GORDON & REES SCULLY MANSUKHANI
100 SE Second Street ▪ Suite 3900 ▪ Miami, FL 33131

161.   Plaintiff conferred a benefit upon Defendant in the form of medical goods and products, as set forth in the various Purchase Orders described above, and set forth as Exhibits hereto.

162.   Defendant knowingly and voluntarily accepted and retained the goods and products it obtained from Plaintiff.

163.   The circumstances are such that it would be unjust and inequitable for Defendant to retain the benefits received from Plaintiff without payment.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter Judgment against Defendant, and award it the contract damages and interest, together with costs, as prayed for herein, and any other relief that this Honorable Court deems just.

**JURY TRIAL DEMANDED**

Plaintiff respectfully requests a trial by jury.

Respectfully submitted this 28th day of February 2024.

*s/  Jose I. Leon*
Jose I. Leon, Esq.
Florida Bar No.: 958212
JLeon@grs.com
GORDON & REES
SCULLY MANSUKHANI
100 SE Second Street, Suite 3900
Miami, FL 33131
MIA_Eservice@gordonrees.com
Tel:  305-428-5322
*Counsel for Plaintiff AXONICS, INC.*